STATE of Missouri, DIVISION OF CHILD SUPPORT ENFORCEMENT and Sherree Sheetz, Respondents,

v.

Donald PLACKE Appellant.

No. ED 82682.

Missouri Court of Appeals,
Eastern District.
Division Two.

Dec. 2, 2003.

Donald Placke, St. Louis, pro se.

Kathryn P. Taylor, St. Louis, for respondent State of Missouri.

Simone A. Haberstock, St. Louis, for respondent Sheetz.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

---

1. All statutory references are to RSMo. (2000), unless otherwise indicated.

## ORDER

PER CURIAM.

Donald Placke appeals the administrative decision of the Missouri Division of Child Support Enforcement.

The order of the administrative agency is supported by competent and substantial evidence on the whole record. No error of law appears. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).